UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  17-23531
Boguslawa Chyrka  )
)
)  Chapter: 13
)
)  Honorable Jacqueline Cox
)
Debtor(s)  )

## ORDER VALUING CLAIM OF BANK OF AMERICA, N.A.

On 8/21/2017, the debtor(s) filed a motion to value the claim of Bank of America, N.A. (the "creditor") secured by a lien against the property commonly known as 8034 S. Neva, Burbank, IL 60459 (address) with real estate tax pin number 19-31-100-018-0000 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Mortgage Lien (identified by the last four digits of the account number as 4306) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan
    [X] and entry of a discharge
the creditor's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: OCT 30 2017

**Prepared by:**
Ryan J. Waite
5639 Washington Street
Downers Grove, IL 60516
(773) 680-0610

Rev: 20170105_bko